

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00094-CR

EX PARTE JEFFERY TODD CROSS    §    On Appeal from the 362nd District Court

§    of Denton County (F20-1054-362)

§    July 30, 2020

§    Opinion by Justice Womack

§    (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
         Justice Dana Womack